*E-filed on*   11/7/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARLES CASTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPT. OF JUSTICE, U.S. MARSHALLS SERVICE, U.S. ATTORNEY GENERAL ALBERTO GONZALES, and MULLER,<br><br>　　　　Defendants. | No. C-06-04885 RMW<br><br>ORDER DISMISSING ACTION |
| CHARLES CASTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPT. OF TRANSPORTATION, YELLOW CAB CO., and V.T.A.,<br><br>　　　　Defendants. | No. C-06-04914 RMW<br><br>ORDER DISMISSING ACTION |
| CHARLES MUHAMMAD, U.S.S.R., CHINA, NORTH AND SOUTH KOREA, VIETNAM, PAKISTAN, INDIA, and the EUROPEAN UNION,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JOHN KERRY, HERB KOHL, JON KYL, MARY L. LANDRIEU, FRANK LAUTENBURG, PATRICK J. LEAHY, CAROL LEVIN, JOSEPH LIEBERMAN, and BLANCHE LINCOLN,<br><br>　　　　Defendants. | No. C-06-05533 RMW<br><br>ORDER DISMISSING ACTION |

ORDER DISMISSING ACTIONS — Nos. C-06-04885 RMW, C-06-04914 RMW, C-06-05533 RMW, C-06-05548 RMW
JAH

| | |
|---|---|
| CHARLES MUHAMMAD, U.S.S.R., PAKISTAN, INDIA, and the EUROPEAN UNION,<br><br>   Plaintiffs,<br><br>   v.<br><br>LARRY E. CRAIG, MIKE CRAPO, MARK DAYTON, JIM DE MINT, MIKE DE WINE, CHRISTOPHER J. DODD, ELIZABETH DOLE, PETE V. DOMENICI, and BYRON L. DORGAN,<br><br>   Defendants. | No. C-06-05548 RMW<br><br>ORDER DISMISSING ACTION |

Plaintiff Charles Caston,[1] proceeding *pro se*, commenced these four actions and sought leave to proceed *in forma pauperis* in each. On October 4, 2006, the court, pursuant to 28 U.S.C. § 1915, denied his applications to proceed *in forma pauperis* and dismissed his complaints for failure to state claims upon which relief could be granted. The court gave plaintiff thirty days' leave to both amend his complaints and pay the filing fees. This thirty-day period has elapsed without plaintiff filing any amended complaints or paying any filing fees in these four actions. These four actions are therefore dismissed; judgements shall be entered accordingly.

DATED:      11/7/06

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

---

[1] The court received filings listing both "Charles Caston" (case numbers 06-04885 and 06-4914) and "Charles Muhammad" (case numbers 06-05533 and 06-05548) as plaintiff. On August 15, 2006, plaintiff submitted a motion in case number 06-04885 to change his name from "Charles Caston" to "Charles Muhammad."

ORDER DISMISSING ACTIONS — Nos. C-06-04885 RMW, C-06-04914 RMW, C-06-05533 RMW, C-06-05548 RMW
JAH                                2

1 | **Notice of this document has been sent to:**

2 | **Plaintiff (*pro se*):**

3 | Charles Muhammad
P.O. Box #60501
4 | Sunnyvale, CA 94088

6 | **Dated:** _____
7 | **Chambers of Judge Whyte**